JS-6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NORMA L. CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID, A California Corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO. SACV10-0356 AG (ANx)<br><br>[Orange County Superior Court Case No. 30-2010-00346766]<br><br>**ORDER RE: LEAVE TO FILE FIRST AMENDED COMPLAINT AND REMAND OF ACTION TO STATE COURT** |

43929

## ORDER

The Court, having read and considered Plaintiff Norma L. Chavez and defendant Thrifty Payless, Inc. dba Rite Aid's stipulation, finding GOOD CAUSE therein, hereby orders as follows:

(1)     That Plaintiff has leave to file the First Amended Complaint attached hereto as Exhibit "A," without the need for a motion for leave to amend;

(2)     That the First Amended Complaint attached hereto, and filed separately pursuant to Local Rule 15-1, is deemed filed and served as of the date the Court enters this Order;

(3)     That upon filing of Plaintiff's First Amended Complaint, this action is remanded to the Superior Court of the State of California in and for the County of Orange pursuant to 28 U.S.C. § 1447(c); and

(4)     That the parties will bear their own costs and attorneys' fees on removal and remand; and that neither party is entitled to any otherwise recoverable costs and attorneys' fees to which she/it may have been entitled under 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

DATED: June 09, 2010

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J. GUILFORD

43929

- 1 -